BEFORE: ARLENE R. LINDSAY  DATE: 5/3/2019
UNITED STATES MAGISTRATE JUDGE  TIME ON: 2:00
 TIME OFF: 2:10

Case No. 18 MJ 977   Courtroom Deputy: Robert Imrie

Criminal Cause for STATUS CONFERENCE

Defendant: William Gace
  Present___  Not Present ✓   In Custody ✓  On Bail/Bond___

Attorney: CHARLES HOCHBAUM   Ret'd ✓  CJA___  FD of NY___

AUSA: MONICA CASTRO

Interpreter: —

ESR Time: 2:00 - 2:10

✓ Case Called    ✓ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ___ Waived; ___ Set for _____.

✗ Waiver of Speedy Indictment executed from 5/3/2019 to 6/3/2019.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES: MR. GACE WAS NOT PRODUCED, FOR THE REASONS SET FORTH ON THE RECORD THE TIME TO INDICT IS WAIVED FROM MAY 3, 2019 THROUGH JUNE 3, 2019.