# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW
### Crimdefemd@aol.com

16 Court Street                                    Tel 718-855-4800
Suite 1800
Brooklyn, NY 11241

October 9, 2019

Hon. Joanna Seybert
United States District Court
Eastern District of NY
100 Federal Plaza
Central Islip, NY

Re: USA v William Gace
        19-cr-258

Your Honor,

     This matter is scheduled 2019 for a status conference sentence before you on October 10, 2019.  I am requesting an adjournment of the status conference until October 25.  I have conferred with the Ausa Castro  as well as your courtroom deputy and this date is agreeable to all.

     On behalf of my client I hereby request that the time between tomorrow and October 25, 2019 be excluded from any speedy trial calculation.

     Thank you for your consideration of this request.

Respectfully,

*Charles S Hochbaum*

CHARLES S. HOCHBAUM
Attorney for William Gace