# CHARLES S. HOCHBAUM
## ATTORNEY-AT-LAW
Crimdefemd@aol.com

16 Court Street  Tel 718-855-4800
Suite 1800
Brooklyn, NY 11241

Hon Joanna Seybert
United States District Court
Eastern District of NY

Re: USA vWilliam Gace     19 cr 258

Your Honor,

    This matter is scheduled for sentencing before you on April 22 , 2020 I am requesting a one week adjournment of this video/audio sentencing as I have been unable to complete my sentencing submission partially due to illnes and to the recent 100 page addendum to the PSR I received late last week. I have advised both the government and your chambers to advise them I am making this application.

    Thank you for your consideration of this request.

Respectfully,

*Charles S Hochbaum*

CHARLES S. HOCHBAUM