CRIMINAL CAUSE FOR SENTENCING          (Time on bench   :50)

Before: Seybert, J.          Date: 5/ 8/2020  Time: 12:00

DOCKET NUMBER: CR 19-258          TITLE: USA-V-

DEFT NAME: WILLIAM GACE          DEFT: #
U.S.M.S. # 91192-053  X PRESENT IN CUSTODY   ___ PRESENT ON BAIL
    ATTY. FOR DEFT.: CHARLES HOCHBAUM          C.J.A.
              X PRESENT      NOT PRESENT    X RET

A.U.S.A. MONICA CASTRO          DEPUTY CLERK: CHARLES BARAN

U.S.P.O. LISA LANGONE

COURT REPORTER: M. FOLEY

**X**  Case called for sentence. Counsel for all sides present by video.

**X**  Statements of defendant and counsel heard.

**X**  Pre-sentence report and addendum adopted.

___  Pre-sentence report and addendum adopted, as amended.

**X**  Guidelines are adopted.

___  Guidelines adopted, as amended.

**X**  The defendant is sentenced as follows:

**X**  The defendant is sentenced to a period of imprisonment of 33 months on Count 1 of the Indictment, to be followed by a period of supervised release of 7 years.

**X**  Special conditions of supervised release, as more fully set forth in judgment: The defendant shall not possess a firearm, ammunition, or destructive device.
     The defendant shall undergo mental health treatment, including for sexual disorders, contribute to payment for services and medications, and submit to polygraph examinations.
     The defendant shall not associate with children under 18 without a responsible adult present and prior approval of Probation Department.
     If the defendant lives with anyone with minor children, he shall inform that individual of his sexual offense and associated prohibition.
     The defendant shall comply with all sex offender registration requirements.

The defendant shall not use any electronic device to access pornography of any kind or images of naked children, nor view such images on stored media.  He is subject to computer monitoring and limitations by the Probation Department.
        The defendant shall report to the Probation Department all electronic communications service accounts and their passwords, and allow for their inspection.
        The defendant is subject to search of his person and property.

___     The defendant shall be fined the sum of $          .

_X_     The fine shall be waived due to the defendant's inability to pay such a fine.

_X_     Special assessment of $100 is imposed on each count for a total assessment of $100.00.  JVTA assessment waived.

___     The defendant's motion for a downward departure of the Guidelines is hereby:

___     Decision entered on the record.

_X_     On motion of the AUSA the remaining count of the Indictment is hereby dismissed.

_X_     The defendant is advised of the right to appeal or the lack thereof.

The defendant _X_ remains in custody.    ___ remains on bail.
       ___ is remanded.      ___ shall surrender on __/__/2020.

WORD