

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2018R02025

*610 Federal Plaza*
*Central Islip, New York 11722*

May 11, 2020

By ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. William Gace
                Criminal Docket No. 19-258 (JS)

Dear Judge Seybert:

      The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, William Gace, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

      Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about December 2, 2019 (*see* Docket Entry No. 22), the United States was directed to judicially seize and commence publication as to the Subject Firearms described therein. Publication was completed on January 18, 2020. *See* Docket Entry no. 35 (Declaration of Publication). No third-party claims have been filed and the time to do so has expired.

      Accordingly, the government respectfully requests that the Court "so order" and enter the enclosed Final Order pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

RICHARD P. DONOGHUE<br>
United States Attorney

By:   /s/ Madeline O'Connor<br>
       Madeline O'Connor<br>
       Assistant U.S. Attorney<br>
       (631) 715-7870

Enclosure:   Final Order of Forfeiture
cc:   Counsel of Record (by ECF)