FR:MMO
F. #2018R02025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA, | FINAL ORDER OF FORFEITURE |
| - against - | 19-CR-258 (JS) |
| WILLIAM GACE, | |
| Defendant. | |

– – – – – – – – – – – – – – – –X

WHEREAS, on or about October 25, 2019, William Gace (the "defendant"), entered a plea of guilty to the Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2252(a)(4)(B);

WHEREAS, on December 2, 2019, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in: (a) one (1) Samsung S5 cell phone, international mobile station equipment identity number 353919061218321; and (b) one (1) 4G SanDisk SD Card, both seized on or about September 10, 2018 (the "Forfeited Property"), are forfeitable to the United States, pursuant to 8 U.S.C. § 225, as property representing (a) any visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, or 2260, or other matter containing such visual depictions produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offenses; (c) any property, real and personal, used or intended to be used to commit or to promote the

commission of said offense or any property traceable to such property as a result of the defendant's violation of 18 U.S.C. § 2252(a)(4)(B), and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning December 20, 2019, through and including January 18, 2020 (Docket no. 40); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 2253 and the Preliminary Order, all right, title, and interest in the Forfeited Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigations (FBI), or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Paralegal Kristen Lake, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
_____, 2020

SO ORDERED:

_____
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK